**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

COLONY INSURANCE COMPANY,

Plaintiff,

v.

ECOGREEN CONSTRUCTION, INC.,

Defendant.

Case No. 2:24-cv-10068-AH-SSCx

**FINAL JUDGMENT [45] [JS-6]**

Pursuant to the Court's Order granting Plaintiff's Motion for Summary Judgment, Dkt. No. 44, and the parties' Stipulation Re: Entry of Judgment, Dkt. No. 47, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is entered in favor of Plaintiff and against Defendant.

2. Plaintiff's Motion for Summary Judgment as to Remaining Cause of Action for Declaratory Relief re Duty to Indemnify (Sua Sponte), Dkt. No. 45, is DENIED as moot and the hearing set for September 16, 2026, is VACATED.

3. The Clerk of the Court shall close the case.

This is a final judgment.

Dated: August 31, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE